LEUCHTER, Appellant, v. WESTERN UNION TEL. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) Action by Frederick Leuchter against the Western Union Telegraph Company and others. No opinion. Order resettled.

LONGYEAR, Appellant, v. VAN ETTEN, Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by Arthur C. Longyear against Amos Van Etten. No opinion. Order affirmed, with $10 costs and disbursements.

LOVE, Appellant, v. LATHROP, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by Henry M. Love against Charles A. Lathrop.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held that, whatever may be the true construction of the contract, we are of the opinion that the trial court erred in limiting the jury to the consideration of the question whether the sale and disposition of the real estate was an honorable and reasonable sale and disposition thereof for the purpose of paying the firm debts, and instructing the jury that, in the event they found it to be such, the defendant was entitled to a verdict.

LOW, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1901.) Action by Horatio Low against the United States Fidelity & Guaranty Company. No opinion. Judgment unanimously affirmed, with costs.

LOWE, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Martha D. Lowe against the Press Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements.

LOZIER, Appellant, v. WEST, Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by Theodore F. Lozier against Elmer J. West. No opinion. Interlocutory judgment affirmed, with costs.

McCLYMONT, Appellant, v. MURPHY SAFETY THIRD-RAIL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by William S. McClymont against the Murphy Safety Third-Rail Electric Company. H. B. Johnson, for appellant. A. S. Norton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MacDONALD, Respondent, v. BEAR LITHIA SPRING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Alexander MacDonald against the Bear Lithia Spring Company. No opinion. Motion for reargument granted.

MacDONALD, Respondent, v. BEAR LITHIA SPRING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1901.) Action by Alexander MacDonald against the Bear Lithia Spring Company. No opinion. Judgment of the municipal court reversed, and new trial ordered, costs to abide the event, on reargument.

McDONALD, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Elizabeth McDonald against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

McDOWELL, Appellant, v. DALTON, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1901.) In the matter of William H. McDowell against William Dalton, commissioner. R. Foster, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 68 N. Y. Supp. 419.

McGOVERN, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by George McGovern against the New York Elevated Railway Company and others. J. A. Nichols, for appellant. C. H. Strong, for respondent. No opinion. Judgment modified by reducing the amount awarded for fee damage to $2,500, and by reducing the judgment for rental damage as entered to the sum of $2,817.07, and, as modified, affirmed, without costs to either party.

McKESSON et al., Respondents, v. CRANDALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by John McKesson, Jr., and others against Homer E. Crandall.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that upon the evidence in this case, the jury not having been permitted by the charge of the court to consider the question of insolvency, the verdict for the plaintiff cannot be upheld.

McKINNEY et al., Respondents, v. LA DOW, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by James McKinney and Edward N. McKinney, composing the firm of James McKinney & Son, against Charles La Dow. No opinion. Judgment modified, by deducting therefrom the sum of $17.91, and, as so modified, unanimously affirmed, with costs.

MACKINTOSH v. THOMPSON et al. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Alexander Mackintosh against George K. Thompson and another. No opinion. Motion denied, with $10 costs.

McMAHON, Appellant, v. McMAHON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Ac-

tion by Henry E. McMahon against James Mc-Mahon and others. No opinion. Judgment affirmed, with costs.

MAIS, Appellant, v. RUH et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Anna Barbara Mais, as administratrix, etc., against Henry Ruh and another. No opinion. Judgment and order affirmed, with costs.

MAND et al. v. MOONEY. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Louis Mand and another against Hester E. Mooney, as administratrix. No opinion. Motion denied, with $10 costs.

In re MANNING'S ESTATE. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) In the matter of the appraisal of the estate of John A. Manning, deceased, under the law relating to taxable transfers of property. No opinion. Decree and order appealed from affirmed, with costs.

MARCY, Respondent, v. OWEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by James R. Marcy against James P. Owen. No opinion. Judgment and order affirmed, with costs.

MARSHALL et al., Respondents, v. FRIEND, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by Jacob Marshall and another against Charles M. Friend, as temporary receiver, etc., impleaded, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements. All concur, except McLENNAN, J., who dissents, on authority of Schwietering v. Rothschild, 26 App. Div. 614, 50 N. Y. Supp. 206; Stamping Co. v. Kaplan, 53 App. Div. 96, 65 N. Y. Supp. 732; De Voe v. Selig, 25 Misc. Rep. 411, 54 N. Y. Supp. 941; McCarthy v. Ockerman, 154 N. Y. 565–569, 49 N. E. 153. See 68 N. Y. Supp. 502.

MARTIN, Respondent, v. DEFOREST, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Lemuel N. Martin against Henry P. Deforest. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

In re MILLS. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) In the matter of the judicial settlement of the account of Adelaide Mills, as substituted trustee of the trusts created by the will of Richard Cromwell, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See 67 N. Y. Supp. 956.

MIXER, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by John F. Mixer, as president, etc., against George H. White. No opinion. Judgment affirmed, with costs.

MOLONY, Respondent, v. TILTON, Appellant. (Supreme Court, Appellate Division, First department. April 4, 1901.) Action by Matthew S. Molony against Charles E. Tilton. N. S. Spencer, for appellant. E. Masten, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MORRIS, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Arthur R. Morris against the New York Elevated Railway Company and another. J. O. Nichols, for appellants. W. G. Peckham, for respondent. No opinion. Judgment modified by reducing the amount awarded for fee damage to $4,000, and by reducing the judgment for rental damage as entered to the sum of $4,448.78, and, as modified, affirmed, without costs.

MORRISON v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Edward A. Morrison against the Metropolitan Elevated Railroad Company. No opinion. Motion denied.

MORROW, Respondent, v. TILLINGHAST et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Edmund W. Morrow against George F. Tillinghast and another. No opinion. Judgment of the municipal court affirmed, with costs.

MULLER, Respondent, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1901.) Action by Conrad Muller against Charles G. Peterson. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 68 N. Y. Supp. 1144.

MURRAY, Respondent, v. PELCYGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by John J. Murray against Frank Pelcyger. No opinion. Order reversed on argument, with $10 costs and disbursements. See Wilson v. Plate Co., 56 App. Div. 527, 67 N. Y. Supp. 508.

MUTUAL RESERVE FUND LIFE ASS'N, Appellant, v. PATERSON, Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by the Mutual Reserve Fund Life Association against James T. Paterson. A. I. Elkus, for appellant. R. M. Baldwin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 68 N. Y. Supp. 885.

NAFEW, Respondent, v. RECTOR, Appellant. (Supreme Court, Appellate Term. April 22, 1901.) Action by Samuel Nafew against Enoch Rector. From a judgment for plaintiff, defendant appeals. Affirmed. W. H. Sweeny, for appellant. Theodore Prince, for respondent.
PER CURIAM. Judgment affirmed, with costs to the respondent.